**EXHIBIT B**

## J. Randall Price, Ph.D., ABPP, ABPN
## Clinical Interview and History

**Identifying Information**

Full name: Paul Storey  Gender: M  Race: AA

                                                                                                 Year/Month/Day

Social Security #: _____  Date of Exam: 2008 7 14

Address: _____  Date of Birth: 1984 10 1

                                                                     Age: 23

Home phone: _____  Work phone: _____

Case: _____

Court: _____

Cause: _____

Location of exam: _____

Description of exam setting: Tarrant Co. Jail – 3rd Floor

**Referral**

For:

By:

Opposing:

Type of Litigation:

**Length of Exam**

233

State's Habeas Exhibit #1

Behavioral Observations

    Handedness: L

    General Appearance: clean, neat

    Vision: wnl

    Hearing: wnl

    Motor: wnl

    Attention/Concentration: wnl

    Cooperation ↑

    Results: valid & reliable

    Other:

234

Current Situation

Current Situation

Living arrangements: Living w/ (M) & (B) in Ft. Worth b4 arrest

Work: Unemployed at time. Job placement day labor mostly. Truck driver 3-4 months Central Refrig and Warner Enterprises.

Activities of daily living: Read Bible, exercise, sleep most of day (10 hrs.).

**Current Complaints**

Physical: ∅

Psychological: Some days better than others. Was depressed. Do praying now.

236

History of Physical Symptoms

Ø

Medical Treatment History

no hosp. stays overnight.
MVA t 10 yo. (SF). Hit head on
dashboard. Knocked him out. OK
how long

237

History of Psychological Symptoms:

Sometimes depressed b4 jail -- like a girlfriend, friends thought were friends, etc.

Medications/Drugs:

Present medications: ∅

Past medication: ∅

Side effects: ∅

Tobacco: 1 ppd b4 jail

Alcohol: occasionally, not a regular drinker, beer

Illegal drug history: ∅

Current illegal drug use: ∅

239

<u>Psychological/Psychiatric History</u>

Present Treatment

    Where?

    With whom?    ∅

Past Treatment:

    Outpatient:

    Inpatient:

Future Perceived need:

Past Problems:

240

Family History

Family of Origin:

Mother: 48 yo

Father: 51 yo

Brothers: 19 yo

Sisters: 30 yo

Current Marital Status: no

Marital History: no

Children: none

Other information:

SF common law no more

241

Educational History

Highest grade completed: grad.

HS grad. / GED: Teresa B. Lee academy
F.W.

College: 0                     Eastern Hills

Graduate/Professional: 0

GPA: ~= 2.7

Favorite subject/class: English

Difficult subject/class: Math

Repeated grades: 9th grade   (skipped school - 4/pro)

Special education: 0

| MR _____ | ED/BD _____ |
| LD _____ | Physically _____ |
| ADD/ADHD _____ | Other _____ |

Vocational training:



Skills:

Other information:

242

Work History

Last worked:

Salary:

Term:   *see work*

PRW:

WC:

SSD:

Plans:

243

Military Service

Branch:

Highest rank:

MOS:

Station/Unit:

Active duty:                Ø

Reserves:

Discharge date:

Type of discharge:

Article 15s:

Other information:

244

Legal History

Civil:

   WC:

   PI:

   SSD: 0

   Family:

   Other:

Criminal

   Felony:

   Misdemeanor: 1X as juve attempted burglary called parents

   Arrests:

   DWI/DUI:

   Traffic:

245

Present Legal Situation:

*Been 21 months.*

246