# EXHIBIT C

**PRICE, PROCTOR & ASSOCIATES, LLP**

11882 Greenville Ave., Suite 107, Dallas, Texas 75243
Telephone: 972-644-8686 Facsimile: 972-644-8688

J. Randall Price, Ph.D., ABPP, ABPN
Board Certified in Forensic Psychology
Board Certified in Neuropsychology

Timothy J. Proctor, Ph.D., ABPP
Board Certified in Forensic Psychology
Fellowship Trained in Forensic Psychology

September 4, 2008

Larry M. Moore
Attorney at Law
Moore & Cummings
4210 West Vickery Blvd.
Fort Worth, Texas 76107

William "Bill" Ray
Attorney at Law
512 Main Street
Suite 308
Fort Worth, Texas 76106

RE:   State of Texas v. Paul David Storey
      Cause No. 1042204D
      Tarrant County Criminal District Court Number Three

Dear Gentlemen:

As per your request, I am writing to you to summarize my findings regarding Paul Storey. I will mail my final statement of services in this matter via the U.S. Mail.

In addition to reviewing the voluminous records provided by your offices, I conducted a face-to-face neuropsychological psychological evaluation of Mr. Storey on 7/14/08 in the Tarrant County Detention Center. The evaluation itself took approximately 6 hours and consisted of a battery of neuropsychological tests and a clinical interview.

In my opinion, the results of this evaluation yielded no useful information to assist in Mr. Storey's defense. The neuropsychological test results were within expected limits for Mr. Storey. I am attaching a summary sheet of these results.

Sincerely,

J. Randall Price, Ph.D.            P.S.  9-10-08
Licensed Psychologist
States of Texas and Oklahoma

141

## Neuropsychological Test Results

### Identifying Information:

**Name:** Paul David Storey

**Date of Birth:** 10/1/84

**Chronological Age:** 23

**Date of Evaluation:** 7/14/08

### Tests Administered:

- Rey 15 Item Test (RFIT)
- Reynolds Intellectual Assessment System (RIAS)
- Repeatable Battery for the Assessment of Neuropsychological Status (RBANS)

### Test Results:

*RFIT:* 15/15 (WNL)

*RIAS:*

| RIAS Subtest | IQ Index Score | Percentile | Classification |
|---|---|---|---|
| Verbal | 82 | 12th | Low Average |
| Non-Verbal | 86 | 18th | Low Average |
| Composite | 81 | 10th | Low Average |

| Subtest | T-Score | Percentile | Classification |
|---|---|---|---|
| GWH | 38 | 12th | Low Average |
| OIO | 43 | 25th | Average |
| VRZ | 34 | 6th | Borderline |
| WHM | 38 | 12th | Low Average |

*RBANS:*

| Scale | Index Score | Percentile | Classification |
|---|---|---|---|
| Immediate Memory | 109 | 73rd | Average |
| Visuopatial/Construction | 105 | 63rd | Average |
| Language | 82 | 12th | Low Average |
| Attention | 103 | 58th | Average |
| Delayed Memory | 101 | 53rd | Average |
| Total Scale | 100 | 50th | Average |

P.S. 9-10-08

143